ALFRED R. FISH, Respondent, v. THE ESTATE OF ELIZABETH M. McCARTHY, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM G. SPRENGER, Respondent, v. RAYMOND F. HOLLAND, Appellant, and ISAAC GORDAN and Another, Respondents.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

DANIEL E. KNOWLTON, Appellant, v. THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MODISTO PAMFILI and Another, Appellants, v. FRANK DESTITO and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JOHN DIETSCHLER and Others, Suing in Behalf of Themselves and All Other Creditors of HENRY A. WALTER and Others, Doing Business under the Firm Name and Style of WALTER, ROUNDS AND COMPANY, Similarly Situated, Respondents, v. HENRY. A. WALTER and Others, Defendants. GEORGE C. ROUNDS, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of JAMES W. BURNS, Deceased.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOSEPH KUREK and Another, Respondents, v. ALEXANDER W. KORYTKOWSKI and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

THE DWELLE-KAISER COMPANY, Appellant, v. KEYSTONE TRANSFER COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Leave to appeal is unnecessary, the affirmance not being unanimous. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. TITLE AND MORTGAGE GUARANTEE COMPANY OF BUFFALO, Respondent, v. WILLIAM J. BURKE and Others, as Assessors of the City of Buffalo, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.